# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 2, 2013

No. 12-20693
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SILVESTRE CARLOS RESENDEZ-VILLAVUEVA, also known as Silvestre
Carlos Resendez, also known as Silvtre Carlos Resendez, also known as Silvestre
Carlos Resendez-Villanueva, also known as Silvestre C. Resendez, also known
as Silvestre Carlos Resendez Villavueva,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CR-344-1

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Silvestre Carlos Resendez-Villavueva pleaded guilty to illegally reentering
the United States after deportation in violation of 8 U.S.C. § 1326 and was
sentenced to 95 months of imprisonment and one year of supervised release. He
raises an argument that he concedes is foreclosed by *United States v. Morales-
Mota*, 704 F.3d 410 (5th Cir. 2013), which held that Texas's definition of "owner"

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

did not take the Texas crime of burglary of a habitation outside the generic definition of the enumerated crime of violence of burglary of a dwelling under U.S.S.G. § 2L1.2(b)(1)(A)(ii) of the Federal Sentencing Guidelines. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.